UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: CRAIG MICHAEL NILSEN         Case No: 14-58163
       MELISSA SUE NILSEN            Judge SHEFFERLY
                                     Chapter 13

_____/

## ORDER MODIFYING PLAN

This matter currently scheduled for hearing on September 22, 2015, regarding the Debtor's Proposed Plan Modification filed on July 17, 2015 and the parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, now therefore;

IT IS HEREBY ORDERED that the Chapter 13 Plan is modified as follows:

REDUCE THE CHAPTER 13 PLAN PAYMENT TO $100.00 WEEKLY EFFECTIVE JULY 22, 2015 THROUGH SEPTEMBER 15, 2015.

THE CHAPTER 13 PLAN PAYMENT SHALL BE INCREASED TO $150.00 WEEKLY EFFECTIVE SEPTEMBER 22, 2015.

THE CHAPTER 13 PLAN PAYMENT SHALL BE INCREASED TO $328.00 WEEKLY EFFECTIVE DECEMBER 1, 2015.

EFFECTIVE SEPTEMBER 22, 2015, CREDITOR, FEDERAL NATIONAL MORTGAGE ASSOCATION SHALL HAVE A 28 DAY FUTURE DEFAULT FOR MISSED PLAN PAYMENTS, IF THE DEBTORS FAIL TO COMPLY WITH THE STIPULATED TERMS CREDITOR MAY FILE AND SERVE A NOTICE OF DAFAULT ON DEBTORS, DEBTORS COUNSEL AND TRUSTEE. IF THE DEFAULT IS NOT CURED WITHIN 28 DAYS THE AUTOMATIC STAY WILL BE VACATED WITHOUT FURTHER NOTICE OR HEARING BEING REQUIRED. DEBTORS ARE LIMITED TO 2 OPPORTUNITIES TO CURE DEFUALT. A THIRD DEFAULT SHALL RESULT IN IMMEDIATE RELIEF FROM THE AUOTMATIC STAY.

CREDITOR IS ENTITLED TO ATTORNEY FEES THROUGH FRBP 3002.1 NOTICE OR SUPPLEMENTAL CLAIM.

IT IS FURTHER ORDERED that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

.

**Signed on October 07, 2015**

                **/s/ Phillip J. Shefferly**
                **Phillip J. Shefferly**
                **United States Bankruptcy Judge**